# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL and DANA KUOHA, <br><br> Plaintiffs, <br> vs. <br> EQUIFIRST CORPORATION; HOMECOMINGS FINANCIAL; ETS SERVICES, LLC; and DOES 1-10, <br><br> Defendants. | CASE NO. 09cv1100 WQH (WMc) <br><br> **ORDER** |

HAYES, Judge:

On May 20, 2009, Plaintiffs Samuel Kuoha and Dana Kuoha filed a Complaint and Plaintiff Samuel Kuoha filed a Motion to Proceed In Forma Pauperis. (Doc. # 1-2). On July 8, 2009, the Court denied the Motion to Proceed In Forma Pauperis. (Doc. # 3). The Court stated that this case would be closed unless Plaintiffs either paid the requisite $350 filing fee, or each submitted a more detailed motion to proceed in forma pauperis. (Doc. # 3 at 2).

On July 16, 2009, Defendant Equifirst Corporation filed an Amended Motion to Dismiss Plaintiffs' Complaint.[1] (Doc. # 9). Also on July 16, 2009, Defendants Homecomings Financial and ETS Services, LLC filed a Motion to Dismiss. (Doc. # 10).

On July 21, 2009, Plaintiffs paid the $350 filing fee. (Doc. # 13).

---

[1] The Amended Motion to Dismiss Plaintiffs' Complaint (Doc. # 9) replaced the Motion to Dismiss Plaintiffs' Complaint filed by Defendant Equifirst Corporation on July 15, 2009 (Doc. # 4).

1   IT IS HEREBY ORDERED that, no later than August 17, 2009, Plaintiff may file a
2 response to Equifirst Corporation's Amended Motion to Dismiss Plaintiffs' Complaint (Doc.
3 # 9) and Homecomings Financial and ETS Services, LLC's Motion to Dismiss (Doc. # 10).
4 No later than August 24, 2009, Defendants may file a reply to Plaintiffs' response. There will
5 be no oral argument or hearing on the motions.
6 DATED: July 24, 2009

**WILLIAM Q. HAYES**
United States District Judge